UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

**05cv 10529 PBS**

| | |
|---|---|
| In re: ) <br> ) <br> FIRST KNOWLEDGE PARTNERS, INC., ) <br> ) <br> Debtor. ) <br> _____) | Chapter 7 <br> Case No. 02-16649 (CJK) |
| ) <br> JOHN J. AQUINO, TRUSTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> AMADEUS CAPITAL CORPORATION, ) <br> AMADEUS CAPITAL U.S. INC., ) <br> MILES S. NADAL, ROBERT BALFOUR, ) <br> GAVIN SWARTZMAN, TREVOR ) <br> MAUNDER, DAVID G. ROBINSON ) <br> JAMES D. FISHER, DESZO HORVATH, ) <br> DAVID C. KASSIE, DEAN C. KEHLER, ) <br> ALLAN Z. LOREN, STEPHEN M. ) <br> PUSTIL, THOMAS VOLPE, DEREK ) <br> SMITH, and MICHAEL SIMONETTA, ) <br> ) <br> Defendants. ) <br> _____) | Adversary Proceeding <br> No. 04-01288 (CJK) |

**MOTION OF DEFENDANTS AMADEUS CAPITAL CORPORATION,
AMADEUS CAPITAL U.S. INC., MILES S. NADAL, ROBERT BALFOUR,
GAVIN SWARTZMAN, TREVOR MAUNDER, MICHAEL SIMONETTA,
THOMAS VOLPE, DEREK SMITH, ALLAN Z. LOREN, JAMES D. FISHER,
AND DEZSÖ J. HORVÁTH FOR WITHDRAWAL OF REFERENCE**

Pursuant to 28 U.S.C. Section 157(d) and Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezsö J. Horváth (collectively, the "Moving Defendants") hereby move the District Court to withdraw to itself, in its entirety and for disposition of all matters relating thereto, the original reference of this Adversary Proceeding No. 04-01288 (CJK) to the Bankruptcy Court. The grounds for this Motion are set forth in the



Moving Defendants' supporting memorandum of law, which is filed contemporaneously herewith.

WHEREFORE, the Moving Defendants respectfully request that the reference of Adversary Proceeding No. 04-01288 (CJK) be withdrawn to the District Court.

Respectfully submitted,

AMADEUS CAPITAL CORPORATION, AMADEUS CAPITAL U.S. INC., MILES S. NADAL, GAVIN SWARTZMAN, TREVOR MAUNDER, ROBERT BALFOUR, and MICHAEL SIMONETTA,

By their attorneys,

/s/ Carrie J. Fletcher
Michael J. Tuteur, BBO No. 543780
Carrie J. Fletcher, BBO No. 642369
Erica Templeton Spencer, BBO No. 651967
FOLEY & LARDNER LLP
111 Huntington Avenue, 26th Floor
Boston, Massachusetts 02199
Tel. (617) 342-4000
Fax (617) 342-4001

JAMES D. FISHER and DEZSÖ J. HORVÁTH,

By their attorneys,

/s/ Sean Paul Cronin
R. Todd Cronan, BBO No., 647117
Sean Paul Cronin, BBO No. 647117
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel. (617) 570-1000
Fax (617) 523-1231

Dated: February 18, 2005

THOMAS VOLPE, and DEREK SMITH,

By their attorneys,

/s/ Benjamin B. Tymann
Peter A. Biagetti, BBO# 042310
Timothy J. Langella, BBO No. 542017
Stephen E. Cooper, BBO No. 646978
Benjamin B. Tymann, BBO No. 652011
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel. (617) 542-6000
Fax (617) 542-2241


ALLAN Z. LOREN

By his attorneys,

/s/ Eben A. Krim
Eben A. Krim, BBO No. 652506
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Christopher Wolf, admitted *pro hac vice*
Robert Bernstein, *pro hac vice* admission pending)
PROSKAUER ROSE LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 416-6800
Fax: (202) 416-6899