UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

------------------------------------x
In re:                              :
                                    :
FIRST KNOWLEDGE PARTNERS, INC.,     :    Chapter 7
                                    :    Case No. 02-16649 CJK
    Debtor.                         :
------------------------------------x
JOHN J. AQUINO, Chapter 7 Trustee,  :
                                    :
    Plaintiff,                      :
                                    :
    v.                              :    Adv. Pro. No. 04-01288
                                    :
AMADEUS CAPITAL CORPORATION, et al.,:
                                    :
    Defendants.                     :
------------------------------------x

**DEFENDANTS DAVID J. KASSIE'S AND DEAN C. KEHLER'S JOINDER IN THE MOTION OF DEFENDANTS AMADEUS CAPITAL CORPORATION, AMADEUS CAPITAL U.S. INC., MILES S. NADAL, ROBERT BALFOUR, GAVIN SWARTZMAN, TREVOR MAUNDER, MICHAEL SIMONETTA, THOMAS VOLPE, DEREK SMITH, ALLAN Z. LOREN, JAMES D. FISHER, AND DEZSÖ J. HORVÁTH FOR WITHDRAWAL OF THE REFERENCE**

Defendants David J. Kassie and Dean C. Kehler, hereby join in the Motion Of Defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher and Dezsö J. Horváth (collectively, the "Moving Defendants") For Withdrawal Of The Reference and adopt the arguments stated in the Memorandum Of Law In Support Of Their Motion For Withdrawal Of The Reference, filed on February 18, 2005.

For the reasons stated therein, the Moving Defendants' Motion For Withdrawal Of The Reference should be granted.



Dated:  March 1, 2005
        Boston, Massachusetts

Respectfully submitted,

*/s/ Matthew J. Matule*

Matthew J. Matule (BBO #632075)
Eben P. Colby (BBO #651456)
Robert T. Graffum III (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

- and -

Eric M. Davis
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
(302) 651-3000

Counsel for Defendants David J. Kassie and Dean C. Kehler

[Stamp: MAR 01 '05 AM 2:59 USB]

### Certificate Of Service

I, Robert T. Graffum III, hereby certify that on March 1, 2005, I caused a true copy of the foregoing Defendants David J. Kassie's and Dean C. Kehler's Joinder In The Motion Of Defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher and Dezsö J. Horváth For Withdrawal Of The Reference to be served by overnight delivery upon counsel of record indicated on the Service List attached hereto.

Dated:  March 1, 2005

*/s/ Robert T. Graffum III*
Robert T. Graffum III

2

## SERVICE LIST

MAR 01 '05 PM 2:59 USB

| | |
|---|---|
| Daniel J. Kelly<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA 02110<br><br>**Lead Counsel for Plaintiff** | Eben A. Krin<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02109<br><br>**Co-Counsel for Defendant Allan Z. Loren** |
| Kristin Cataldo<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA 02110-1617<br><br>**Counsel for Plaintiff** | Christopher Wolf<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02109<br><br>**Co-Counsel for Defendant Allan Z. Loren** |
| Stephen E. Cooper<br>Mintz, Levin, Cohen, Ferris<br>  Glovsky and Popeo P.C.<br>One Financial Center<br>Boston, MA 02111<br><br>**Counsel for Defendant David G. Robinson, Stephen M. Pustil, Thomas Volpe, Derek Smith** | Erica Templeton Spencer<br>Foley & Lardner LLP<br>111 Huntington Avenue, 26th floor<br>Boston, MA 02199<br><br>**Counsel for Defendants Amadeus Capital Corp, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta** |
| Theodore E. Dinsmoor<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110<br><br>**Counsel for Defendant David G. Robinson** | R. Todd Cronan<br>Goodwin Proctor LLP<br>Exchange Place<br>Boston, MA 02109<br><br>**Counsel for Defendant James D. Fisher, Dezsö Horváth** |