UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>FIRST KNOWLEDGE PARTNERS, INC., )<br>)<br>Debtor. )<br>) | 05-CV-10529-FDS |
| )<br>JOHN J. AQUINO, TRUSTEE, )<br>)<br>Plaintiff, )<br>)<br>AMADEUS CAPITAL CORPORATION, )<br>AMADEUS CAPITAL U.S. INC., ET AL., )<br>)<br>Defendants. )<br>) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION FOR WITHDRAWAL**

Defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, and Michael Simonetta (collectively, the "Amadeus Defendants"), along with defendants Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezsö J. Horváth (collectively, with the Amadeus Defendants, the "Moving Defendants") hereby request that the District Court grant them leave to file the within supplemental memorandum in connection with their motion to withdraw the reference of this case from the bankruptcy court.

027.154374

As grounds for this supplemental memorandum, Moving Defendants state as follows:

*Procedural Status*

1.      On February 18, 2005, the Moving Defendants filed a Motion for Withdrawal of Reference to the Bankruptcy Court (the "Withdrawal Motion").

2.      On March 4, 2005, the Trustee filed an Opposition to Defendants' Motions for Withdrawal of Reference (the "Opposition").

3.      On March 20, 2005, the Moving Defendants, after a conference with counsel for the Trustee, filed a Motion for Leave to File Reply Memorandum and a brief supporting memorandum.

4.      On March 22, 2005, counsel for the Amadeus Defendants appeared before U.S. Bankruptcy Judge Robert Somma and requested he recuse himself from this matter pursuant to 28 U.S.C. § 455(a).  On March 23, 2005, Judge Somma concurred with the Amadeus Defendants' request and recused himself from any further involvement in this matter.  The matter has now been reassigned to U.S. Bankruptcy Judge Feeney.  Defendants promptly prepared the within memorandum, which has been held pending a case assignment in the United States District.  That assignment occurred on April 8, 2005, the date of the instant filing.

*The Bankruptcy Court Has no Greater Knowledge of this Case Than this Court.*

5.      The Trustee's Opposition relies heavily on a "judicial efficiency" argument that is premised on Judge Somma's alleged familiarity with the "facts and issues involved in this proceeding," and on the idea that the judge has been "actively engaged in the proceeding with various dispositive and discovery motions under [the court's] consideration." Opposition, p. 12. These factors, the Trustee asserts, mean that "the bankruptcy court is thus best situated to continue to handle and manage the proceeding." Id.

6.      As an initial matter, it is actually unlikely that the bankruptcy court has gleaned any particular knowledge of the facts and circumstances of this case, given that the matter has hardly progressed beyond the initial pleadings stage. Even if it had, however, the fact that the presiding judge has recused himself means that there is no judicial efficiency to be gained by leaving this case in the bankruptcy court, since Judge Somma's recusal necessarily means that any knowledge he had will no longer be applicable to this matter.

*Conclusion*

7.      The Moving Defendants believe that the foregoing information will be of assistance to the Court in reaching a fair and prompt determination of the issues before it and that it should therefore be considered.

8.      In preparing this motion, counsel has conferred with counsel for the Trustee in accordance with the District Court's Local Rule 7.1(A)(2). A certificate to this effect is attached hereto as Exhibit C.

For all of the foregoing reasons, the Moving Defendants respectfully request that this Court grant leave to file a reply memorandum of points and authorities in response to Trustee's Opposition.

| | |
|---|---|
| AMADEUS CAPITAL CORPORATION, AMADEUS CAPITAL U.S. INC., MILES S. NADAL, GAVIN SWARTZMAN, TREVOR MAUNDER, ROBERT BALFOUR, and MICHAEL SIMONETTA, | Respectfully submitted, THOMAS VOLPE, and DEREK SMITH, |

AMADEUS CAPITAL CORPORATION, AMADEUS CAPITAL U.S. INC., MILES S. NADAL, GAVIN SWARTZMAN, TREVOR MAUNDER, ROBERT BALFOUR, and MICHAEL SIMONETTA,

By their attorneys,

/s/ Carrie J. Fletcher
Michael J. Tuteur, BBO No. 543780
Carrie J. Fletcher, BBO No. 642369
Erica Templeton Spencer, BBO No. 651967
FOLEY & LARDNER LLP
111 Huntington Avenue, 26th Floor
Boston, Massachusetts 02199
Tel. (617) 342-4000
Fax. (617) 342-4001

JAMES D. FISHER and DEZSÖ J. HORVÁTH,

By their attorneys,

/s/ Daniel J. Pasquarello
R. Todd Cronan, BBO No. 542466
Daniel J. Pasquarello, BBO No. 647379
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel. (617) 570-1000
Fax. (617) 523-1231

Respectfully submitted,

THOMAS VOLPE, and DEREK SMITH,

By their attorneys,

/s Benjamin B. Tymann
Peter A. Biagetti, BBO No. 042310
Timothy J. Langella, BBO No. 542017
Adrienne K. Walker, BBO No. 641490
Benjamin B. Tymann, BBO No. 652011
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel. (617) 542-6000
Fax. (617) 542-2241

ALLAN Z. LOREN

By his attorneys,

/s/ Eben A. Krim
Eben A. Krim, BBO No. 652506
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel. (617) 526-9600
Fax. (617) 526-9899

Christopher Wolf, admitted *pro hac vice*
Robert Bernstein, admitted *pro hac vice*
PROSKAUER ROSE LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel. (202) 416-6800
Fax. (202) 416-6899

Dated: April 8, 2005

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: )<br>)<br>FIRST KNOWLEDGE PARTNERS, INC., )<br>)<br>Debtor. )<br>) | Chapter 7<br>Case No. 02-16649 (CJK) |
| )<br>JOHN J. AQUINO, TRUSTEE, )<br>)<br>Plaintiff, )<br>)<br>AMADEUS CAPITAL CORPORATION, )<br>AMADEUS CAPITAL U.S. INC., ET AL., )<br>)<br>Defendants. )<br>) | Ad. Pro. No. 04-01288 |

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

Pursuant to Local Rule 7.1(A)(2) for the United States District Court for the District of Massachusetts, I, Carrie J. Fletcher, hereby certify that I conferred with Trustee's counsel in a good faith attempt to resolve or narrow the issues raised by Defendants' Motion for Leave to Supplemental Memorandum regarding Their Motion for Withdrawal of Reference.

Respectfully submitted,

AMADEUS CAPITAL CORPORATION,
AMADEUS CAPITAL U.S. INC., MILES
S. NADAL, GAVIN SWARTZMAN,
TREVOR MAUNDER, ROBERT
BALFOUR, and MICHAEL SIMONETTA,

By their attorneys,

 /s/ Carrie J. Fletcher
Michael J. Tuteur, BBO No. 543780
Carrie J. Fletcher, BBO No. 642369
Erica Templeton Spencer, BBO No. 651967
FOLEY & LARDNER LLP
111 Huntington Avenue, 26th Floor
Boston, Massachusetts 02199
Tel. (617) 342-4000; Fax (617) 342-4001