UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:
FIRST KNOWLEDGE PARTNERS, INC.

Case No. 05-CV-10529

## NOTICE OF APPEARANCE OF DANIEL J. PASQUARELLO AND WITHDRAWAL OF SEAN P. CRONIN

The undersigned, Daniel J. Pasquarello, hereby gives notice of his appearance as counsel for Deszo Horvath and James D. Fisher in the above-captioned matter. Please withdraw the appearance of Sean Paul Cronin as counsel for for Messrs. Horvath and Fisher. Mr Cronin is no longer with the firm and has previously withdrawn his appearance from this matter in the Bankruptcy Court. R. Todd Cronan and Daniel J. Pasquarello remain as counsel for Messrs. Horvath and Fisher.

> Respectfully submitted,
> DESZO HORVATH AND JAMES D. FISHER
> By their attorneys,
>
> /s/ Daniel J. Pasquarello
> R. Todd Cronan (BBO# 542466)
> Daniel J. Pasquarello (BBO# 647379)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109-2881
> 617.570.1000

Dated: April 11, 2005

LIBA/1527766.1