UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


John J. Aquino
                    Plaintiff,                         CIVIL ACTION
                                                       NO.  05-10529-PBS
            v.

Amadeus Capital Corp., et al
                    Defendants.



**NOTICE OF MOTION HEARING AND PRETRIAL CONFERENCE**


SARIS, U.S.D.J.                                            April 21, 2005


        TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re:
Motions to Withdraw Reference, and Pretrial Conference on **May 10, 2005**, at **2:00 p.m.**, in
Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**



                                    By the Court,



                                     /s/ Robert C. Alba
                                    Deputy Clerk


Copies to:  All Counsel