## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### (Boston)

|  |  |
|---|---|
| In re:<br>**FIRST KNOWLEDGE PARTNERS, INC.,** | )<br>)<br>)<br>)  Case No. 05-CV-10529<br>)<br>) |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR CHRISTOPHER WOLF TO APPEAR ON BEHALF OF DEFENDANT ALLAN Z. LOREN

Pursuant to Local Rule 83.5.3(b), the undersigned counsel hereby moves for the admission *pro hac vice* of Christopher Wolf, an attorney with the law firm Proskauer Rose LLP, to appear on behalf of defendant Allan Z. Loren in the above-captioned matter.

As set forth in the attached certification, Mr. Wolf is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and Mr. Wolf is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Mr. Wolf be admitted *pro hac vice* to appear on behalf of Allan Z. Loren in this action.

                                    Respectfully submitted,
                                    Allan Z. Loren.
                                    By his Attorney,

                                    /s/ Eben A. Krim_____
                                    Eben A. Krim (BBO #652506)
                                    PROSKAUER ROSE LLP
                                    One International Place
                                    Boston, MA 02110-2600
                                    Tel: (617) 526-9600
                                    Fax: (617) 526-9899

Dated:  April 21, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail, postage paid on April 22, 2005.

                                    ___/s/Eben A. Krim_____
                                      Eben A. Krim

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| In re:<br>FIRST KNOWLEDGE PARTNERS, INC., | Case No. 05-CV-10529 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Christopher Wolf, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State of New York; District of Columbia; U.S. Supreme Court; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Fourth Circuit; U.S. District Court for the District of Columbia; U.S. District Court for the Eastern District of Wisconsin; U.S. District Court for the Northern District of California; U.S. Court of Federal Claims; and U.S. Court of International Trade); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Christopher Wolf
PROSKAUER ROSE LLP
1233 20th Street N.W.
Suite 800
Washington, D.C. 20036
Tel: (202) 416-6800
Fax: (202) 416-6899

Dated: April 21, 2005