UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| **In re:**<br>**FIRST KNOWLEDGE PARTNERS, INC.,** | Case No. 05-CV-10529 |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR ROBERT M. BERNSTEIN
TO APPEAR ON BEHALF OF DEFENDANT ALLAN Z. LOREN**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel hereby moves for the admission *pro hac vice* of Robert M. Bernstein, an attorney with the law firm Proskauer Rose LLP, to appear on behalf of defendant Allan Z. Loren in the above-captioned matter.

As set forth in the attached certification, Mr. Bernstein is a member in good standing in every jurisdiction where he has been admitted to practice (State of New York; District of Columbia); there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and Mr. Bernstein is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Mr. Bernstein be admitted *pro hac vice* to appear on behalf of Allan Z. Loren in this action.

Respectfully submitted,
Allan Z. Loren
By his Attorney,


/s/ Eben A. Krim
Eben A. Krim (BBO #652506)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Dated: April 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first class mail, postage paid on April 22, 2005.

/s/Eben A. Krim
Eben A. Krim

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| In re:<br>FIRST KNOWLEDGE PARTNERS, INC., | Case No. 05-CV-10529 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Robert M. Bernstein, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State of New York; District of Columbia); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: April 21, 2005

Robert M. Bernstein
PROSKAUER ROSE LLP
1233 20th Street N.W.
Suite 800
Washington, D.C. 20036
Tel: (202) 416-6800
Fax: (202) 416-6899