UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN J. AQUINO, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | 05-cv-10529-PBS |
| | ) | |
| AMADEUS CAPITAL CORPORATION, et al. | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENTRY OF PROPOSED ORDER

Per this Court's oral instruction at the May 10, 2005 hearing on motions for withdrawal of the reference of bankruptcy Adversary Proceeding 04-01288-JNF, defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, Dezsö J. Horváth, David J. Kassie, Dean C. Kehler, and David G. Robinson submit the attached Proposed Order, and respectfully request that the Court enter the same.

Dated:  May 17, 2005                                  Respectfully submitted,

| | |
|---|---|
| AMADEUS CAPITAL CORPORATION, AMADEUS CAPITAL U.S. INC., MILES S. NADAL, GAVIN SWARTZMAN, TREVOR MAUNDER, ROBERT BALFOUR, and MICHAEL SIMONETTA, | THOMAS VOLPE, and DEREK SMITH, <br><br> By their attorneys, <br><br> /s/ Adrienne K. Walker <br> Peter A. Biagetti, BBO No. 042310 |
| By their attorneys, | Timothy J. Langella, BBO No. 542017 <br> Adrienne K. Walker, BBO No. 641490 <br> Benjamin B. Tymann, BBO No. 652011 |
| /s/ Carrie J. Fletcher <br> Michael J. Tuteur, BBO No. 543780 <br> Carrie J. Fletcher, BBO No. 642369 <br> Erica Templeton Spencer, BBO No. 651967 <br> FOLEY & LARDNER LLP <br> 111 Huntington Avenue, 26th Floor <br> Boston, Massachusetts 02199 <br> Tel.  (617) 342-4000 <br> Fax.  (617) 342-4001 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. <br> One Financial Center <br> Boston, MA 02111 <br> Tel.  (617) 542-6000 <br> Fax.  (617) 542-2241 |

| | |
|---|---|
| JAMES D. FISHER and DEZSÖ J. HORVÁTH, | ALLAN Z. LOREN |
| By their attorneys, | By his attorneys, |
| /s/ Daniel J. Pasquarello | /s/ Eben A. Krim |
| R. Todd Cronan, BBO No. 647117<br>Daniel J. Pasquarello, BBO No. 647379<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Tel.  (617) 570-1000<br>Fax.  (617) 523-1231 | Eben A. Krim, BBO No. 652506<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>Tel.  (617) 526-9600<br>Fax.  (617) 526-9899<br><br>Christopher Wolf, admitted *pro hac vice*<br>Robert Bernstein, admitted *pro hac vice*<br>PROSKAUER ROSE LLP<br>1233 20th Street, N.W., Suite 800<br>Washington, D.C.  20036<br>Tel.  (202) 416-6800<br>Fax.  (202) 416-6899 |
| DAVID C. KASSIE and DEAN C. KEHLER, | DAVID G. ROBINSON, |
| By their attorneys, | By his attorneys, |
| /s/ Eben P. Colby | /s/ Theodore E. Dinsmoor |
| Eben P. Colby, BBO No. 651456<br>Robert T. Graffum III<br>SKADDEN, ARPS, SLATE,MEAGHER<br>          & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts  02109<br>Tel. (617) 573-4800<br>Fax. (617) 573-4822<br><br>- and -<br><br>Eric M. Davis<br>SKADDEN, ARPS, SLATE,MEAGHER<br>          & FLOM LLP<br>One Rodney Square<br>Wilmington, Delaware  19899<br>Tel. (302) 651-3000<br>Fax. (302) 651-3001 | Theodore E. Dinsmoor, BBO No. 125540<br>William V. Sopp, BBO No. 544625<br>Burns & Levinson LLP<br>125 Summer St.<br>Boston, MA  02110<br>Tel. (617) 345-3000<br>Fax. (617) 345-3299 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN J. AQUINO, TRUSTEE, )<br><br>Plaintiff, )<br><br>AMADEUS CAPITAL CORPORATION, et al. )<br>Defendants. ) | 05-cv-10529-PBS |

### [*PROPOSED*] ORDER ON MOTIONS FOR WITHDRAWAL OF REFERENCE

This matter having come before the Court on the two Motions for Withdrawal of Reference to the Bankruptcy Court of Adversary Proceeding 04-01288-JNF (the "Motions") filed by defendant David G. Robinson and defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezsö J. Horváth and joined by defendants David J. Kassie and Dean C. Kehler; and a hearing having been conducted on said motions on May 10, 2005, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motions are denied *without prejudice*.

2. The defendants may renew their Motions at or near the time they (or any of them) anticipate filing summary judgment papers, at which time the Court may elect to withdraw the reference of Adversary Proceeding 04-01288-JNF and hear and decide such summary judgment motions.

3. Because the defendants are entitled to a jury trial on the bulk of the claims at issue in Adversary Proceeding 04-01288-JNF, and because such jury trial must be conducted by this Court, Adversary Proceeding 04-01288-JNF will, upon the renewal of the defendants' Motions, be withdrawn to the District Court at an appropriate time prior to trial.

Dated: _____         _____
                                SARIS, U.S.D.J.