UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. AQUINO, TRUSTEE,  )<br>  )<br>Plaintiff,  )<br>  )<br>AMADEUS CAPITAL CORPORATION, et al.  )<br>Defendants.  )<br>  ) | 05-cv-10529-PS |

**TRUSTEE'S MOTION FOR ENTRY OF PROPOSED ORDER ON
DEFENDANTS' MOTIONS TO WITHDRAW THE REFERENCE**

Pursuant to the Court's instruction at the May 10, 2005 hearing on defendant David G. Robinson and defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezsö J. Horváth and joined by defendants David J. Kassie and Dean C. Kehler motions to withdraw the reference (collectively "Motions"), Trustee John J. Aquino ("Trustee") submits and respectfully requests entry of the proposed order, attached hereto as Exhibit A.

        JOHN J. AQUINO, TRUSTEE
        By his attorneys,


        __/s/ Kristin M. Cataldo_____
        Charles A. Dale, BBO No. 558839
        Daniel J. Kelly, BBO No. 553926
        Josefina Martinez, BBO No. 567687
        Kristin M. Cataldo, BBO No. 654033
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA 02110
        (617) 345-7000

May 17, 2005

B0414546v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. AQUINO, TRUSTEE,<br><br>Plaintiff,<br><br>AMADEUS CAPITAL CORPORATION, et al.<br>Defendants. | 05-cv-10529-PS |

## ORDER ON MOTIONS FOR WITHDRAWAL OF REFERENCE

This matter having come before the Court on the two Motions for Withdrawal of Reference to the Bankruptcy Court of Adversary Proceeding 04-01288-JNF (the "Motions") filed by defendant David G. Robinson and defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezsö J. Horváth and joined by defendants David J. Kassie and Dean C. Kehler; and a hearing having been conducted on said motions on May 10, 2005, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motions are denied without prejudice.

2. At or after the close of discovery in Adversary Proceeding 04-01288-JNF, defendants may renew their Motions, at which time the Court will consider such renewed Motions.

Dated: _____        _____
                                 SARIS, U.S.D.J.