UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| JOHN J. AQUINO, TRUSTEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMADEUS CAPITAL CORPORATION,<br>ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-cv-10529-PS<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and accurate copy of the Trustee's Motion for Entry of Proposed Order on Defendants' Motions to Withdraw the Reference to be served upon counsel of record **via facsimile** to the following:

| | |
|---|---|
| Carrie Fletcher<br>Foley & Lardner, P.C.<br>111 Huntington Avenue, 25th Floor<br>Boston, MA  02199 | Christopher Wolf<br>Proskauer Rose LLP<br>1233 20th Street, N.W.<br>Suite 800<br>Washington, DC  20036 |
| R. Todd Cronan<br>Daniel J. Pasquarello<br>Goodwin Proctor LLP<br>Exchange Place<br>Boston, MA 02109 | Eric M. Davis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19801 |
| Eben P. Colby<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts  02109 | Theodore Dinsmoor<br>Burns & Levinson<br>125 Summer Street<br>Boston, MA 02110-1624 |
| Eben A. Krim<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110 | Adrienne K. Walker<br>Mintz, Levin, Cohen, Ferris Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA  02111 |

/s/ Kristin Cataldo
Kristin Cataldo

Dated:  May 17 2005

B0414568v1