UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
JOHN J. AQUINO, TRUSTEE,            )
          Plaintiff,                )
     v.                             ) CIVIL ACTION NO. 05-10529-PBS
                                    )
AMADEUS CAPITAL CORPORATION, et     )
 al.,                               )
          Defendants.               )
                                    )
```

**ORDER ON MOTIONS FOR WITHDRAWAL OF REFERENCE**

May 20, 2005

Saris, U.S.D.J.

    This matter is before the Court on the two Motions for Withdrawal of Reference to the Bankruptcy Court of Adversary Proceeding 04-01288-JNF (the "Motions") filed by defendant David G. Robinson and defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezso J. Horvath, and joined by defendants David J. Kassie and Dean C. Kehler.  A hearing was conducted on these motions on May 10, 2005.  IT IS HERE BY ORDERED as follows:

    1.   The Motions are **DENIED** without prejudice.

    2.   After the close of discovery in adversary proceeding 04-01288-JNF, the defendants may renew their Motions at the time they file summary judgment papers.  At that time the Court may elect to withdraw the reference of Adversary Proceeding 04-01288-

JNF.

    3.  Because the defendants are likely entitled to a jury trial on some of the claims at issue in Adversary Proceeding 04-01288-JNF, the Court will, upon the renewal of the defendants' Motions, consider which claims should be withdrawn.

                                      **S/PATTI B. SARIS**
                                      United States District Judge