## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN J. AQUINO, TRUSTEE,                    )
                                            )
          Plaintiff,                        )          05-cv-10529-PS
                                            )
AMADEUS CAPITAL CORPORATION, et al.         )
          Defendants.                       )
_____)

### ORDER ON MOTIONS FOR WITHDRAWAL OF REFERENCE

This matter having come before the Court on the two Motions for Withdrawal of Reference to the Bankruptcy Court of Adversary Proceeding 04-01288-JNF (the "Motions") filed by defendant David G. Robinson and defendants Amadeus Capital Corporation, Amadeus Capital U.S. Inc., Miles S. Nadal, Robert Balfour, Gavin Swartzman, Trevor Maunder, Michael Simonetta, Thomas Volpe, Derek Smith, Allan Z. Loren, James D. Fisher, and Dezsö J. Horváth and joined by defendants David J. Kassie and Dean C. Kehler; and a hearing having been conducted on said motions on May 10, 2005, IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Motions are denied without prejudice.

2.    At or after the close of discovery in Adversary Proceeding 04-01288-JNF, defendants may renew their Motions, at which time the Court will consider such renewed Motions.

Dated:  12/13/05

SARIS, U.S.D.J.